THE HONORABLE JOHN COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

ARCHITECTURAL CONCEPTS LLC, a Colorado limited liability company,

Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY, a foreign insurance company,

Defendant.

No. 2:25-cv-00061-JCC

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL

NOTE ON MOTION CALENDAR: AUGUST 29, 2025

## I.  STIPULATION

Plaintiff Architectural Concepts LLC and Defendant Zurich American Insurance Company ("the Parties") by and through their counsel of record, respectfully request an Order Extending the time to file the Stipulation of Dismissal.  The parties have reached a settlement, but the terms and conditions of the agreement will not be consummated by the deadline previously set by this Court.

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL - 1

CASE NO. 2:25-CV-00061-JCC

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

This is an insurance coverage dispute.  Defendant Zurich was a general liability insurer of Plaintiff Architectural Concepts for a project located in the South Lake Union neighborhood of Seattle.  The owner of the project filed a lawsuit against Architectural Concepts ("the Underlying Lawsuit") related to Architectural Concept's work on the project.  In July of 2025, the parties in the Underlying Lawsuit, as well as the parties to this action, participated in a mediation.  The Parties reached a tentative settlement agreement.  Consequently, on July 22, 2025, the Parties to this action filed a Notice of Settlement.  *Dkt. 14*.  The next day, this Court issued a Minute Order for the Parties to "file a notice or stipulation of dismissal within forty-five (45) days.".  *Dkt. 23*.  While the Parties in this lawsuit have agreed on the terms of the settlement in this lawsuit, the parties in the Underlying Lawsuit have not yet been able to come to a final agreement on the terms of the settlement between themselves.  However, all the Parties are confident that the settlement of the Underlying Lawsuit will become final within a reasonable time.  Because this lawsuit is contingent upon with the Underlying Lawsuit being settled, the parties cannot file a dismissal in this lawsuit until the Underlying Lawsuit is resolved.  For this reason, the Parties request the Court extend the deadline for the Parties to file a Stipulation of Dismissal in this matter by 45 days.

DATED this 29th day of August 2025.

HARPER | HAYES PLLC

By: s/ *Gregory L. Harper*
    Gregory L. Harper, WSBA No. 27311
    Thomas M. Williams, WSBA No. 47654
    1200 Fifth Avenue, Suite 1208
    Seattle, WA  98101
    greg@harperhayes.com
    twilliams@harperhayes.com
    Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL - 2

CASE NO. 2:25-CV-00061-JCC

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

1 COZEN O'CONNOR PC

2

3 By: s/ *Jodi McDougall*
   Jodi McDougall, WSBA No. 22060
   Jeremy Knight, WSBA No. 58607
4  999 Third Avenue, Suite 1900
   Seattle, WA 98104
5  jmcdougall@cozen.com
   jknight@cozen.com
6  Attorneys for Defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL - 3

**CASE NO. 2:25-CV-00061-JCC**

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

## II. ~~PROPOSED~~ ORDER

Based on the above Stipulation, the Court ORDERS that the Parties will have 45 days from September 5, 2025 to File a Stipulation of Dismissal in this matter.

DATED this 29th day of August, 2025.

*[signature: John C. Coughenour]*

---
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

HARPER | HAYES PLLC

By: s/ *Gregory L. Harper*
    Gregory L. Harper, WSBA No. 27311
    Thomas M. Williams, WSBA No. 47654
    Attorneys for Plaintiff

COZEN O'CONNOR PC

By: s/ *Jodi McDougall*
    Jodi McDougall, WSBA No. 22060
    Jeremy Knight, WSBA No. 58607
    Attorneys for Defendant

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL - 4

CASE NO. 2:25-CV-00061-JCC

**H**ARPER | **H**AYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010