1

2

3

4

5

6

7

8

THE HONORABLE JOHN COUGHENOUR

9

10

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE**

11

12

13

14

15

16

17

ARCHITECTURAL CONCEPTS LLC, a
Colorado limited liability company,

                Plaintiff,

    v.

ZURICH AMERICAN INSURANCE
COMPANY, a foreign insurance
company,

            Defendant.

No. 2:25-cv-00061-JCC

STIPULATION AND [~~PROPOSED~~]
ORDER TO EXTEND TIME TO FILE
STIPULATION OF DISMISSAL

**NOTE ON MOTION CALENDAR:
OCTOBER 20, 2025**

18

### I.   STIPULATION

19

20

21

22

      Plaintiff Architectural Concepts LLC and Defendant Zurich American Insurance Company ("the Parties") by and through their counsel of record, respectfully request an Order Extending the time to file the Stipulation of Dismissal.  The parties have reached a settlement, the settlement agreement has been fully executed, but the terms and conditions of the agreement will not be consummated by the deadline previously set by this Court.

23

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND
TIME TO FILE STIPULATION OF DISMISSAL - 1

CASE NO. 2:25-CV-00061-JCC

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

1    On August 29, 2025, the parties requested a stipulation to extend the deadline to

2  dismiss this matter because the parties from the Underlying Lawsuit had not agreed upon the

3  settlement terms, and because the settlement of this lawsuit is contingent upon the resolution

4  of the Underlying Lawsuit.  *Dkt. 16.*  This Court granted the stipulation and extended the

5  parties' time to file a dismissal to October 20.  *Dkt. 17.*  Since that extension was granted the

6  terms of the settlement in the Underlying Lawsuit were agreed to, and on October 17 the

7  settlement agreement in the Underlying Lawsuit was fully executed.  The only remaining term

8  that needs to be met is the receipt of payment in the Underlying Lawsuit.  Payment to Plaintiff

9  in the Underlying Lawsuit is due November 17, 2025.  Once Plaintiff in the Underlying

10 Lawsuit confirms its receipt of that payment, this lawsuit can be dismissed.  For this reason,

11 the Parties request that the Court extend the deadline for the Parties to file a Stipulation of

12 Dismissal in this matter by 45 days.

    DATED this 20th day of October 2025.

13 HARPER | HAYES PLLC                    COZEN O'CONNOR PC

14

15 By: s/ *Thomas M. Williams*                By: s/ *Jodi McDougall*
      Gregory L. Harper, WSBA No. 27311         Jodi McDougall, WSBA No. 22060
16    Thomas M. Williams, WSBA No. 47654        Jeremy Knight, WSBA No. 58607
      1200 Fifth Avenue, Suite 1208             999 Third Avenue, Suite 1900
17    Seattle, WA  98101                        Seattle, WA  98104
      greg@harperhayes.com                      jmcdougall@cozen.com
18    twilliams@harperhayes.com                 jknight@cozen.com
      Attorneys for Plaintiff                   Attorneys for Defendant

19

20

21

22

23

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND                    HARPER | HAYES PLLC
TIME TO FILE STIPULATION OF DISMISSAL - 2                        1200 Fifth Avenue, Suite 1208
                                                                 Seattle, Washington 98101
                                                                 Telephone: 206-340-8010
CASE NO. 2:25-CV-00061-JCC

## II.   PROPOSED ORDER

Based on the above Stipulation, the Court ORDERS that the Parties will have 45 days from October 20, 2025 to File a Stipulation of Dismissal in this matter.

DATED this   20th day of                October           , 2025.

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

HARPER | HAYES PLLC

By:  s/ *Thomas M. Williams*
      Gregory L. Harper, WSBA No. 27311
      Thomas M. Williams, WSBA No. 47654
      Attorneys for Plaintiff

COZEN O'CONNOR PC

By: s/ *Jodi McDougall*
      Jodi McDougall, WSBA No. 22060
      Jeremy Knight, WSBA No. 58607
      Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO FILE STIPULATION OF DISMISSAL - 3

CASE NO. 2:25-CV-00061-JCC

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010