THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARCHITECTURAL CONCEPTS LLC,<br><br>　　　　Plaintiff,<br>　　v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO. C25-0061-JCC<br><br>MINUTE ORDER |

　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　This matter comes before the Court on the parties' stipulation and order for dismissal (Dkt. No. 20). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED. The Clerk is DIRECTED to close this case.

//

//

//

//

MINUTE ORDER
C25-0061-JCC
PAGE - 1

DATED this 28th day of October 2025.

Ravi Subramanian<br>
Clerk of Court

s/Kathleen Albert<br>
Deputy Clerk